**John Owen TYLER, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 23784.

United States Court of Appeals
Fifth Circuit.

Dec. 17, 1968.

Certiorari Denied March 24, 1969.

See 89 S.Ct. 1187.

Wesley R. Asinof, Atlanta, Ga., for appellant.

Allen L. Chancey, Jr., Asst. U. S. Atty., Atlanta, Ga., Owen A. Neff, Atty., Crim. Div., Dept. of Justice, Washington, D. C., for appellee.

Before COLEMAN and AINSWORTH, Circuit Judges, and CARSWELL, District Judge.

### ON PETITION FOR REHEARING

PER CURIAM:

The language in Grosso v. United States, 390 U.S. 62, 71, 88 S.Ct. 709, 19 L.Ed.2d 906 (1968), makes it clear that there are factual situations in which the Fifth Amendment privilege defined in *Grosso,* supra, and Marchetti v. United States, 390 U.S. 39, 88 S.Ct. 697, 19 L.Ed.2d 889 (1968), may be waived. The record here affirmatively establishes waiver by this defendant within the meaning of *Grosso,* supra.

Petition for rehearing, therefore, is hereby

Denied.